UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN RAJAEE,<br><br>                              Plaintiff,<br><br>v.<br><br>TYLER BRANDON DAVIS, et al.,<br><br>                             Defendants. | Case No.: 24-cv-1-RSH-KSC<br><br>**ORDER GRANTING EX PARTE MOTION TO STAY CASE FOR 90 DAYS**<br><br>[ECF No. 157] |

Ashkan Rajaee is a Plaintiff in three related cases pending before the Court. *See Rajaee v. Davis*, *et al.*, Case Nos. 24-cv-1-RSH-KSC; 24-cv-549-RSH-KSC; 24-cv-550-RSH-KSC. On February 26, 2024, Plaintiff filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of California. *See In re Rajaee*, U.S.B.C. Case No. 24-00617-CL7 (Bankr. S.D. Cal.) at ECF No. 1. On May 9, 2024, the bankruptcy court entered an order converting the bankruptcy from Chapter 11 to Chapter 7 and appointed a Trustee pursuant to 11 U.S.C. § 704. *Id.* at ECF No. 37. The Trustee has now appeared in this action and filed a motion to stay proceedings for 90 days. ECF No. 157.

The Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Here, the Trustee has

exercised its power to prosecute the claims of Plaintiff's estate. *See In re DiSalvo*, 219 F.3d 1035, 1039 (9th Cir. 2000) ("In Chapter 7 liquidation proceedings, only the trustee has standing to prosecute or defend a claim belonging to the estate."). The Trustee states that a 90-day stay "is necessary to give the Trustee time to address the merits of the Related Actions and potentially resolve and/or streamline the Related Actions" and represents that the Trustee and estate will be prejudiced if the stay is not granted. ECF No. 157 at 4. Given the Trustee's recent appearance in the case and the numerous pending motions, the Court finds good cause exists to stay this proceeding for 90 days to save the Parties and the Court from spending unnecessary time and judicial resources on this matter. The Court **GRANTS** the Trustee's motion, ECF No. 157. The Trustee is **ORDERED** to file a status report 90 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
Hon. Robert S. Huie
United States District Judge